Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| In re | |
|---|---|
| Tiffany Dee Baroni | Chapter 13 Case No. 07-43421-EDJ13 |
| debtor(s) | |

**NOTICE OF DEBTOR(S)**
**CHANGE OF MAILING ADDRESS**

To The Clerk of the Court,

PLEASE TAKE NOTICE THAT effective immediatley, the above named debtor(s) has

changed his/her mailing address to:

Tiffany Dee Baroni
2112 Dena Dr
Concord,CA 94519

Date: September 29, 2008    /s/ Martha G. Bronitsky
                            Signature of Martha G. Bronitsky
                            Chapter 13 Standing Trustee

Page 1 of 2

| 1 | In re | |
|---|---|---|
| 2 | Tiffany Dee Baroni | Chapter 13 Case No. 07-43421-EDJ13 |
| 3 | debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

| | |
|---|---|
| Charles Anthony Baroni | Patrick L Forte Atty |
| Tiffany Dee Baroni | 1 Kaiser Plaza #480 |
| 351 Masters Ct #4 | Oakland,CA 94612 |
| Walnut Creek,CA 94598 | |
| | (Counsel for Debtor) |
| (Debtor(s)) | |

Date: September 29, 2008        /s/ CHRISTIE ACOSTA

CHRISTIE ACOSTA