1  Martha G. Bronitsky
   Chapter 13 Standing Trustee
2  24301 Southland Dr #200
   Hayward,CA 94545-1541
3  (510) 266- 5580

4  Trustee for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| In re | |
|---|---|
| Tiffany Dee Baroni | Chapter 13 Case No. 07-43421-EDJ13 |
| debtor(s) | |

**NOTICE OF DEBTOR(S)**
**CHANGE OF MAILING ADDRESS**

To The Clerk of the Court,

PLEASE TAKE NOTICE THAT effective immediatley, the above named debtor(s) has changed his/her mailing address to:

        Tiffany Dee Baroni
        5327 Balhan Ct #B
        Concord,CA 94521

Date: October 01, 2010         /s/ Martha G. Bronitsky
                                      Signature of Martha G. Bronitsky
                                      Chapter 13 Standing Trustee

| | |
|---|---|
| In re Tiffany Dee Baroni | Chapter 13 Case No. 07-43421-EDJ13 |
| debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Charles Anthony Baroni<br>Tiffany Dee Baroni<br>351 Masters Ct #4<br>Walnut Creek, CA 94598<br><br>(Debtor(s)) | Patrick L Forte Atty<br>1 Kaiser Plaza #480<br>Oakland, CA 94612<br><br>(Counsel for Debtor) |
| Date: October 01, 2010 | /s/ CHRISTIE ACOSTA<br>CHRISTIE ACOSTA |